UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNA

| | |
|---|---|
| **JEVON WARD,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**HOME DEPOT U.S.A. INC., and DOES 1 through 50, inclusive,**<br><br>                    Defendants. | Case No. 2:20-cv-01571-JAM-KLN<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES** |

Based on the Parties' Joint Stipulation to Continue All Dates and Deadlines in the Pretrial Scheduling Order and Related Deadlines, and good cause having been shown, the Court orders the following:

All dates and deadlines in the Status (Pre-Trial Scheduling) Order shall be continued, as follows:

- March 25, 2022:  deadline to disclose experts;

- April 15, 2022:  deadline to make supplemental disclosures and disclose rebuttal experts;

- May 13, 2022:  deadline to file joint mid litigation statement;

- May 27, 2022: deadline to complete discovery;
- July 8, 2022: deadline to file dispositive motions;
- August 23, 2022 at 1:30 PM: hearing on dispositive motions;
- October 14, 2022 at 11:00 AM: Pretrial Conference; and
- November 28, 2022 at 9:00 AM: Trial.

**IT IS SO ORDERED.**

DATED: August 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE