LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
SAISRUTHI PASPULATI (SBN 319879)
Email: spaspulati@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVON WARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01571-JAM-KLN<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed:   July 1, 2020<br>Notice of Removal Filed:   August 7, 2020 |

IT IS HEREBY STIPULATED by and between Plaintiff Jevon Ward and Defendant Home Depot U.S.A., Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party bearing her/its own attorney's fees and costs.

DATED: May 17, 2022    LAW OFFICES OF CORREN & CORREN

By: _____
SPENCER D. SINCLAIR
Attorneys for Plaintiff
JEVON WARD

DATED: May 17, 2022    LAFAYETTE & KUMAGAI LLP

By: _____
SAISRUTHI PASPULATI
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Spencer D. Sinclair, counsel for Plaintiff, for the filing of this Stipulation.

_____
SAISRUTHI PASPULATI